## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**RBC BANK (USA), a North Carolina
banking corporation,**

       **Plaintiff,**

**v.**                                         **CASE NO. 5:11-cv-197-RS-EMT**

**MIRACLE STRIP PARTNERS, LLC, a
Florida limited liability company; TERRY
D. DUBOSE, aka DONALD TERRY DUBOSE,
an individual; JAMES D. HOLSOMBAKE, an
individual,**

       **Defendants.**

_____/

## ORDER

The relief requested in Plaintiff's Motion for Final Summary Judgment

(Doc. 23) is **GRANTED**.  Pursuant to N.D. Fla. Loc. R. 7(C)(1), "[f]ailure to file a

responsive memorandum may be sufficient cause to grant the motion."  No

response was filed in this case.

**ORDERED** on December 28, 2011.

       /S/ Richard Smoak
       **RICHARD SMOAK
       UNITED STATES DISTRICT JUDGE**